# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD NATISIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE TRUCK LEASING CO., LP, a limited partnership; PENSKE LOGISTICS, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 23-cv-358-WQH-SBC<br><br>**ORDER** |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Joint Stipulation for Dismissal with Prejudice (ECF No. 17) is granted. The case shall be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs. The Clerk of Court shall close this case.

Dated:  September 18, 2023

        *William Q. Hayes*
        Hon. William Q. Hayes
        United States District Court